# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff,* | **Case No.  2:17-cv-1735-RMG** |
| *ex rel.* | **JURY TRIAL DEMANDED** |
| [UNDER SEAL] | **COMPLAINT** |
| *Plaintiffs-Relators,* | **Filed Under Seal pursuant to the** |
| v. | **False Claims Act, 31 U.S.C. § 3730,** *et seq.* |
| [UNDER SEAL]                    , | |
| *Defendants.* | |

**FILED IN CAMERA AND UNDER SEAL**

1

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff*, | Case No.   <u>2:17-cv-1735-RMG</u> |
| *ex rel.* | JURY TRIAL DEMANDED |
| Mike D. Henig and Henig Furs, Inc, | COMPLAINT |
| *Plaintiffs-Relators*, | Filed Under Seal pursuant to the |
| | False Claims Act, 31 U.S.C. § 3730, *et seq.* |
| v. | FILED UNDER SEAL |
| Amazon, Inc; Tongsen, dba QueenFur; Suzhou min Huan Mdt Info Tech Ltd, d/b/a Hhdress, whose true name and identity are otherwise unknown; Fur Story, whose true name and identity are otherwise unknown; and those vendors and suppliers shipping fur and leather goods through, by and in concert with Amazon, Inc., | |
| , | |
| *Defendants*. | |

## I.    INTRODUCTION

1.    Relator Mike D. Henig and Henig Furs, Inc, a corporation, brings this action on behalf of the United States against defendant Amazon, Inc; Tongsen, dba QueenFur; Suzhou min Huan Mdt Info Tech Ltd, d/b/a Hhdress, whose true name and identity are otherwise unknown; Fur Story, whose true name and identity are otherwise unknown; and those vendors and suppliers shipping fur and leather goods through, by and in concert with Amazon, Inc., for treble damages and civil penalties arising from the defendants' false statements and false claims and reverse false statements and reverse false claims in violation of the Federal False Claims Act, 31 U.S.C. §§ 3729, *et seq.* The defendants are providers and vendors of fur, wildlife and leather goods, garments and products imported from China and other foreign countries without paying and declaring proper tariffs and U.S. Fish and Wildlife fees to the Government.

## II.    JURISDICTION AND VENUE

2.    Relators brings this action on behalf of them and the United States, for violations of the federal False Claims Act, 31 U.S.C. §§ 3729-3733, seeking damages in connection with violations of 31 U.S.C. §§ 3729-3733.

3.    Relators provided a copy of the Complaint, a written disclosure, and material information to the United States prior to the filing of this Complaint.

4.    This Court has federal subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 31 U.S.C. § 3732 and supplemental jurisdiction over the state claims pursuant to 28 U.S.C. § 1367 and 31 U.S.C. § 3732(b).

5.    This Court has personal jurisdiction over Defendants pursuant to 31 U.S.C. § 3732(a) because Defendants can be found in and transact business in this district.

6.    Venue is proper in this district pursuant to 31 U.S.C. § 3732(a) because defendants transact business in this district.

7.    To the extent there has been a public disclosure unknown to the relators, the relators are the "original source" under 31 U.S.C. § 3730(e)(4)(b).  Relators have direct and independent material knowledge of the information on which the allegations are based and have voluntarily provided the information to the united states  before filing this *qui tam* action based on that information.  *Id.*

8.    Defendants worked together to defraud the United States by (1) importing fur, wildlife and leather goods (goods) to the United States from China without paying lawful tariffs, custom duties and U.S. Fish & Wildlife fees; (2)  importing goods using false descriptions, valuations and tariff classifications; (3) importing goods without the required inspection and certification by the U.S. Fish & Wildlife Service and (4)  falsely labeling the fur goods, wildlife products and leather goods as non-fur, non- wildlife products or non-leather goods to avoid import duties and inspection by, and fees owed, to the U.S. Fish and Wildlife Agency.

## III. PARTIES

9.    The Relators are Mike D. Henig and Henig Furs, Inc.  Mike D. Henig is the owner of the Relator Henig Furs, Inc., which has been in the fur importing, wholesaling and retailing of furs, leather and fur and leather items, garments and products for over twenty-five years.  Relators are intimately familiar with the fur and leather business, the

4

importation and sale of fur and leather products, the competition for the purchase and sale of such products and the methods, tariffs, duties and fees charged in connection with the importation of fur and leather products from foreign countries.

10.    Henig Furs Inc., which owns and operates stores in Huntsville, Mobile, Hoover, Birmingham and Montgomery in the State of Alabama; in Greenville and Columbia, South Carolina; in Nashville and Chattanooga, Tennessee; in Jackson, Mississippi and in Charlotte and Winston-Salem, North Carolina.  The Relators' principal place of business is located in Montgomery, Alabama and Henig imports fur garments from China and other foreign countries and retails them through his various locations.

11.    The Relators (Henig), as customers and as competitors of the Defendants, have personal and direct knowledge of the fraud and reverse false claims practiced by the Defendants on the Government.

12.    In addition to the experience and knowledge gained from the years of fur and leather product business throughout the southeastern United States, and experience and knowledge of the pricing of fur and leather products, the importation process, tariffs, fees and shipping costs involved in the fur and leather goods business, Henig has personal and direct knowledge of the fraudulent practice being conducted by the Defendants.

13.    When ordering and purchasing fur and leather products from the Defendants, the Relators, who are knowledgeable about the ordering, invoicing, shipping methods and costs, as well as the imposition and payment of tariffs and fees, have direct, personal knowledge of the false claims and reverse false claims made by the Defendants who knew, or should have known, that by misrepresenting the

description, value and type of goods shipped to the Relators, Defendants were not paying the appropriate tariffs and fees but rather a lesser amount.

14.    The Defendant Amazon, Inc. is a corporation that does business throughout the United States and globally over the internet and through its Fullfillment Centers, storage facilities and distribution centers located throughout the United States as well as the State of South Carolina.

15.    Hhdress is an entity whose true name and identity are otherwise unknown, from whom, and under which, Amazon advertises, imports and sells fur, fur products and leather goods originating or manufactured in China for commercial sales to Amazon's customers online or by other means, through the Amazon Fashion page of the Amazon Women's Clothing store and other Amazon stores.

16.    Fur Story is an entity, whose true name and identity are otherwise unknown, from whom, and under which, Amazon advertises, imports and sells fur, fur products and leather goods originating or manufactured in China for commercial sales to Amazon's customers online or by other means, through the Amazon Fashion page of the Amazon Women's Clothing store and other Amazon stores.

17.    QueenFur (Tongsen), is an entity, whose true name and identity are otherwise unknown, from whom, and under which, Amazon advertises, imports and sells fur, fur products and leather goods originating or manufactured in China for commercial sales to Amazon's customers online or by other means, through the Amazon Fashion page of the Amazon Women's Clothing store and other Amazon stores.

## IV. STATUTORY AND REGULATORY PROVISIONS APPLICABLE TO DEFENDANTS' FALSE CLAIMS ACT VIOLATIONS

18.    The United States Customs laws and regulations require the Defendants who engage in the commercial importation of fur and leather goods to comply with all commercial importation and invoicing requirements.  19 U.S.C. § 1481 *et seq.*; 19 U.S.C. § 1202; 19 Code of Federal Regulations §§ 141.87, 141.89.

19.    The United States Laws and Regulations require those who engage in the commercial importation of such goods to comply with all commercial importation, inspection, certification and fee requirements of the United States Fish & Wildlife Service. 16 U.S.C. § 742a, *et seq*; 16 U.S.C. § 1538; 50 CFR §13.1, *et seq.*; 50 CFR §14.1, *et seq.*

20.    It is an unlawful violation of the False Claims Act for a Defendant who "…knowingly makes, uses or causes to be made or used, a false record or statement to conceal, avoid, or decrease an obligation to pay or transmit money or property to the Government…"  Defendants who do so are liable to the Government for civil penalties, plus three times the amount of damages which the Government sustains. 31 U.S.C. § 3729(a)(1).

21.    The Defendants at all times referenced in this complaint acted with actual knowledge of the information, or acted in deliberate ignorance of the truth or falsity of the information; or acted in reckless disregard of the truth or falsity of the information.

22.    Pursuant to 19 U.S.C. § 1481, importers such as the Defendants are supposed to label the goods they are importing into the country appropriately and correctly declare the value of the goods at the point of origin.  Under 19 U.S.C. § 1202,

7

the Harmonized Tariff maintained by the International Commerce Commission sets the tariff percentage for fur garments at 4.75% of the value of the shipment.

23.    In addition, all importers of fur garments are required to hold an import/export license from the Fish and Wildlife Service.  50 C.F.R. § 13.1.  With each shipment of such fur garments, the importers are supposed to file with the Fish and Wildlife Service a completed Declaration, and the importer or its agent must certify that the information furnished is "true and complete to the best of his/her knowledge and belief."  50 C.F.R. § 14.61.

24.    By failing to identify their shipments as fur products, the Defendants illegally avoid all shipment and licensing fees required by the Fish and Wildlife Service. *See, e.g.*, 50 C.F.R. § 14.94.

25.    The Federal False Claims Act provides that any person who knowingly presents or causes another to present to the government a false or fraudulent claim for payment or approval is liable for a civil penalty of up to $11,000[1] for each such claim, plus three times the amount of the damages sustained by the government. 31 U.S.C. §3729(a)(1)(C) & (G).  Liability attaches to anyone who knowingly "makes, uses, or causes to be made or used, a false record or statement material to an obligation to pay or transmit money or property to the Government, or knowingly conceals or knowingly and improperly avoids or decreases an obligation to pay or transmit money or property to the Government" or conspires with others to do so.

---

[1] Conduct that occurred after November 1, 2015, Defendants must pay not less than $10,781.40 and not more than $21,562.80 for each violation of 31 U.S.C. § 3729 *et seq.*

## V.    SPECIFIC ALLEGATIONS OF DEFENDANTS' FALSE CLAIMS

26.   Amazon and the other Defendants follow a pattern and practice of fraudulently mislabeling and misidentifying and undervaluing fur and leather products imported from China and other foreign countries in order to falsely state and claim a lower value on fur, wildlife and leather products imported from China and other foreign countries, or have otherwise made, used or caused to be made or used, a false record or statement material to an obligation to pay or transmit payment of the appropriate tariff, duties and U.S. Fish & Wildlife fees.

27.    On or about May 1, 2017, Henig ordered ten (10) Mink fur products from Amazon under Amazon's label or affiliate, Hhdress which were imported from China. Amazon shipped the mink products to Henig without declaring and paying inspection fees owed to the U.S. Fish & Wildlife Agency and without paying appropriate US. tariffs. The purchase and shipment was invoiced to Henig as Mink Fur knitted scarf women's Fashion Real Mink in the total amount of $899.90.  However, the commodity code listed on the invoice was for children's cloth garments and not for real mink fur.  The declared value was $80 US Dollars instead of the invoice amount of $899.90 US Dollars. Amazon and Hhdress of China failed to pay the appropriate U. S. Duty, tariff and the Fish and Wildlife inspection fees. (See Exhibit A, attached hereto and specifically incorporated herein by reference)

28.    On or about May 15, 2017, Henig ordered mink fur products from Amazon under Amazon's label or affiliate, Fur Story, which Amazon imported from China.  The mink products were shipped to Henig without declaring and paying inspection fees owed to the U.S. Fish & Wildlife Agency and without paying appropriate US. tariffs.

The purchase and shipment was invoiced to Henig as Fur Story 16713 Knitted Women's Real Mink Fur Poncho Pullover Tassels Poncho in three different colors in the amount of $866.97, but the Defendants declared the mink fur to be 100% polyester at a value of $20, thereby failing to pay the appropriate tariff, duty and fees to the Government. (See Exhibits B & C attached hereto and specifically incorporated herein by reference.)

29.    Amazon regularly sells imported furs through its "Amazon Fashion" internet page, often listing the same products for sale through the "Amazon's Women's Clothing" store, listing items manufactured or sold under various trade names such as Hhdress, Meefur,QueenFur, Furtalk, AmelieDress, Fur Story and others. (See Exhibits D, E, & F which are specifically incorporated herein by reference)

30.    On or about September 16, 2016, Henig entered into a series of direct contacts and emails with QueenFur a/k/a Tongsen (Tongsen) (which also is an Amazon supplier) in which Henig learned how the Defendants were avoiding payment of correct tariffs and U.S. Fish and Wildlife inspection fees. Defendants submitted false documents in order to avoid U.S. tariffs and U.S. Fish and Wildlife inspection fees.

31.    On or about January 3, 2017, Henig ordered ten (143) Mink and Rabbit fur products from QueenFur who imported the fur products through Tongsen of China. Henig offered to pay all tariffs, duties and inspection fees, in addition to all shipping costs. However, Tongsen insisted that the cost quoted to Henig included all such tariffs, fees and shipping costs and it would handle the transaction like it does in sending furs to Amazon's warehouse in the United States. QueenFur (Tongsen) then described the

10

type of fur, design of garments and price per fur garment. (email correspondence is submitted to the Government in the Relators' disclosure.)

32.    QueenFur (Tongsen) then shipped furs to Henig, describing the items as mink and rabbit fur ponchos and shawls with an invoiced commercial value of approximately $10,654.  However, shipping documents discovered within the containers listed the identical number and description of the ponchos and shawls as being made of polyester with a declared value of $244.50. The fur products were shipped to Henig without declaring and paying inspection fees owed to the U.S. Fish & Wildlife Agency and without paying appropriate US. tariffs.   (See Exhibits G & H attached and specifically incorporated by reference.)

.

## VI.  COUNTS
## COUNT ONE
### (Against All Defendants)
### (Federal False Claims Act, 31 U.S.C. § 3729(a)(1)(G))[2]

33.    Relators re-allege and incorporate by reference the allegations contained in the preceding paragraphs of this Complaint.

34.    This is a claim for treble damages and civil penalties under the False Claims Act, 31 U.S.C. § 3729(a)(1)(G).

35.    By virtue of the conduct described above, Defendants knowingly presented, or caused to be presented, false or fraudulent documents in order to avoid paying appropriate U.S. tariffs and U.S. Fish and Wildlife inspection fees.

---

[2] To the extent wrongdoing occurred prior to May 20, 2009, this Complaint should be deemed to include violations of the Federal False Claims Act prior to its recent amendments, *e.g.* 31 U.S.C. § 3730(a)(1) (2006).

36.    By reason of these false and/or fraudulent documents and declarations, leading to the under collection of the appropriate tariffs and inspection fees, the United States has been damaged and continues to be damaged, in a substantial amount.

<div align="center">

**COUNT TWO**
**(Against All Defendants)**
**(Federal False Claims Act, 31 U.S.C. § 3729 (a)(1)(C))[3]**

</div>

37.    Relators re-allege and incorporate by reference the allegations contained in the preceding paragraphs of this Complaint.

38.    This is a claim for treble damages and civil penalties under the False Claims Act, 31 U.S.C. § 3729(a)(1)(C).

39.    In creating and implementing the scheme described above, Defendants conspired to commit violations of 31 U.S.C. § 3729(a)(1)(G).

40.    The United States, unaware of the false or fraudulent nature of the claims that Defendants caused, paid for claims that otherwise would not have been allowed.

41.    By reason of these payments, the United States has been damaged and continues to be damaged in a substantial amount.

<div align="center">

**VI.  PRAYER FOR RELIEF**

</div>

**WHEREFORE**, Relators request that judgment be entered against Defendants, ordering that:

a.    Defendants cease and desist from violating 1) the Tariff Act, Title 19, Chapter 4 of the United States Code including the 19 U.S.C. § 1481 requirement that imports be properly labeled and valued and the Harmonized Tariff Rates

---

[3] To the extent wrongdoing occurred prior to May 20, 2009, this Amended Complaint should be deemed to include violations of the Federal False Claims Act prior to its recent amendments, e.g. 31 U.S.C. § 3730 (a)(3).

enabled through 19 U.S.C. § 1202, 2) the False Claims Act, 31 U.S.C. § 3729 *et seq.*, and 3) the appropriate Fish and Wildlife regulations.

b.    Defendants pay not less than $5,500 and not more than $11,000[4] for each violation of 31 U.S.C. § 3729, plus three times the amount of damages the United States has sustained because of Defendants' actions, plus the appropriate amount under each of the state False Claims Acts;

c.    The Relators be awarded the maximum "relator's share" allowed pursuant to 31 U.S.C. § 3730(d);

d.    The Relators be awarded all costs of this action, including attorneys' fees and costs pursuant to 31 U.S.C. § 3730(d);

e.    Defendants be enjoined from concealing, removing, encumbering or disposing of assets which may be required to pay the civil monetary penalties imposed by the Court;

f.    Defendants disgorge all sums by which they have been enriched unjustly by their wrongful conduct;

g.    The United States and the Relators recover such other relief as the Court deems just and proper.

Respectfully submitted by:

---

[4] For conduct that occurred after November 1, 2015, Defendants pay not less than $10,781.40 and not more than $21,562.80 for each violation of 31 U.S.C. § 3729 et seq.

/s/ Frances C. Trapp

Frances C. Trapp, Fed. ID No. 6376

fran@billnettleslaw.com

2008 Lincoln St.

Columbia, SC 29201

Tel: (803) 814-2826


George L. Beck *(pro hac vice pending)*

Nancy L. Eady *(pro hac vice pending)*

Morris, Haynes, Wheeles, Knowles, & Nelson

131 Main Street

PO Box 1660

Alexander City, AL 35011

Tel: (256) 329-2000

CONFIDENTIAL DISCLOSURE

1.  The Relators are Mike D. Henig, owner of the Relator Henig Furs, Inc. who have been in the fur importing, wholesaling and retailing of furs, leather and fur and leather items, garments and products for over twenty-five years.  Relators are intimately familiar with the fur and leather business, the importation and sale of fur and leather products, the competition for the purchase and sale of such products and the methods, tariffs, duties and fees charged in connection with the importation of fur and leather products from foreign countries.

2.  Mike D. Henig owns Henig Furs Inc., which owns and operates stores in Huntsville, Mobile, Hoover, Birmingham and Montgomery in the State of Alabama; and in Greenville and Columbia, South Carolina; in Nashville and Chattanooga, Tennessee; Jackson, Mississippi and Charlotte and Winston-Salem, North Carolina.  The Relators' principal place of business is located in Montgomery, Alabama and Henig imports fur garments from China and other foreign countries and retails them through his various locations.

3.  The Relators (Henig), as a customer and as a competitor of the Defendants, has personal and direct knowledge of the fraud and reverse false claims practiced by the Defendants on the Government.

4.  In addition to the experience and knowledge gained from the years of fur and leather product business throughout the southeastern United States, and experience and knowledge of the pricing of fur and leather products, the importation process, tariffs, fees and shipping costs involved in the fur and leather goods business, Henig has personal and direct knowledge of the fraudulent practice being conducted by the Defendants.

5.  When ordering and purchasing fur and leather products from the Defendants, the Relators, who are knowledgeable about the ordering, invoicing, shipping methods and costs, as well as the imposition and payment of tariffs and fees, have direct, personal knowledge of the false

claims and reverse false claims made by the Defendants who knew, or should have known, that the description, value and type of goods shipped to the Relators were not paying the appropriate tariffs and fees.

6.  Amazon regularly sells imported furs through its "Amazon Fashion" internet page, often listing the same products for sale through the "Amazon's Women's Clothing" store, listing items manufactured or sold under various trade names such as Hhdress, Meefur,QueenFur, Furtalk, AmelieDress, Fur Story and others.  (See Exhibits D, E, & F which are specifically incorporated herein by reference)

7.   On or about September 16, 2017, Henig entered into a series of contacts and emails with Amazon suppliers QueenFur a/k/a Tongsen (Tongsen) in which Henig learned directly how the Defendants were avoiding payment of correct tariffs and U.S. Fish and Wild Mike's correspondence begins in September 1916.   The thread of emails based on date and time:

Email exchange on 9-13-16:

6:22pm from Mike requesting price with Mike paying the shipping.

5:56 am from Tongsen telling Mike the quoted price includes EMS shipping fee.

7:32pm Mike responds by requesting the FEDx shipment charge and let Mike pay custom fee.

6:40am Tongsen says if go FEDx it will coust $200-250.

7:52am Mike responds that he will look at quality of goods shipped and then decide quantity and shipping route to go.

7:26am  Meanwhile, Tongsen sends Mike estimate of quotation WITH FDEx shipping fee Tongsen represented it could sell both Mink and Rabbit to Mike.  Tongsen (by someone named Wilson) bragged that …"in fact, we control a part of sellers' fur prices on ebay, aliexpress and amazon." (9-13-1016 email)

8. Mike responded on same day that his company imported one and one half to two million dollars a year from Hong Kong.

9-14-16 emails ( I believe I have all, and in the correct order, and am and pm may different because of distance, time difference, etc)

9:14pm Mike requests samples of size and style in white and requests best price?

2:35am Tongsen gives Mike type and prices of furs

9:38pm  Mike says need order quick, how long take?

8:26 Tongsen replys "The price I just sent you is shipping by FEDEX in one big box…#

8:42am Tongsen says '…send big box to US Amazon warehouse by FEDEX…takes about 7-10

Days…decided to send by fedex for your big order." Quotes prices as $37 per coat without hood

And $41 with hood.

9.  Mike had sufficient inventory so  between September and December no orders were made from either Amazon or Tongsen.

10.  The next set of documents are invoices from Queenfur(Tongsen?) dated December 1 & 2 2016 for samples?  A rabbit poncho  (coffee) and rabbit (black) at $26.99 each and mink (coffee) for $89.99.  Emails:

12-23-16 7:53pm email from Tongsen on increased prices.

12-23-16 10:15pm from Henig okying prices and requesting invoice

11.  Based on the inspection of samples received, Mike then orders from Tongsen several furs by email dated 12-23-2016.

12-24-2016 Tongsen invoices Mike $10,444 for the order, requesting pay up front.

12-24-16 8:33 am from Tongsen showing total invoice to be $10444 and requesting payment in order to fill order.

12-27-16 Henig has sent payment and requests shipments

1-04-16  Tongsen replies that Mink and Rabbit order shipped in two boxes to Henig.  Invoice includes chart on items, description, quantity and costs.  Total is $10,654 which Tongsen represents includes all shipping, tariffs, fees, etc.

12.   On or about January 3, 2017, Henig ordered ten (143) Mink and Rabbit fur products from QueenFur who imported the fur products through Tongsen of China.  Henig offered to pay all tariffs, duties and inspection fees, in addition to all shipping costs.  However, Tongsen insisted that the cost quoted to Henig included all such tariffs, fees and shipping costs and it would handle the transaction like it does in sending furs to Amazon's warehouse in the United States.  QueenFur (Tongsen) then described the type of fur, design of garments and price per fur garment.

13.  QueenFur (Tongsen) then shipped furs to Henig, describing the items as mink and rabbit fur ponchos and shawls with an invoiced commercial value of approximately $10,654.  However, shipping documents discovered within the containers listed the identical number and description of the ponchos and shawls as being made of polyester with a declared value of $244.50. The fur products were shipped to Henig without declaring and paying fees owed to the U.S. Fish & Wildlife Agency inspection fees and without paying appropriate US. tariffs.   (See Exhibits G & H attached and specifically incorporated by reference.)

14.  Invoices dated January 3, 2017 found in the boxes in which furs shipped from Tongsen to Henig read a declared value of only $244.5 and describe the product as made from "polyester."The order was for 128 Ponchos (fur) and 15 shawls (fur).

15.  However, the invoice found in the shipping box described 128 ponchos (polyester) and 15 shawls (polyester).  A value of $244.50 v Henig invoice of $10,654.  Thus Tongsen has misrepresented the type (evading the Fish & Wildlife fee) and the value (failing to pay proper tariff) of the product and submitted false documents in order to avoid U.S. tariffs and U.S. Fish and Wildlife inspection fees.

165.  On or about May 1, 2017, Henig ordered ten (10) Mink fur products from Amazon under Amazon's label or affiliate, Hhdress which were imported from China.   Amazon shipped the mink products to Henig without declaring and paying fees owed to the U.S. Fish & Wildlife Agency inspection fees and without paying appropriate US. tariffs.   The purchase and shipment was invoiced to Henig as Mink Fur knitted scarf women's Fashion Real Mink in the total amount of $899.90.   However, the commodity code listed on the invoice was for children's cloth garments and not for real mink fur.  The declared value was $80 US Dollars instead of the invoice amount of $899.90 US Dollars.  Amazon and Hhdress of China failed to pay the appropriate U.S. Duty, tariff and the Fish and Wildlife inspection fees. (See Exhibit A, attached hereto and specifically incorporated herein by reference)

28. On or about May 15, 2017, Henig ordered mink fur products from Amazon under Amazon's label or affiliate, Fur Story, that Amazon imported China.  The mink products were shipped to Henig without declaring and paying fees owed to the U.S. Fish & Wildlife Agency inspection fees and without paying appropriate US. tariffs.   The purchase and shipment was invoiced to Henig as Fur Story 16713 Knitted Women's Real Mink Fur Poncho Pullover Tassels Poncho in three different colors in the amount of $866.97, but the Defendants declared the mink fur to be 100% polyester at a value of $20, thereby failing to pay the appropriate tariff, duty and fees to the Government. (See Exhibits B & C attached hereto and specifically incorporated herein by reference.)

29.  All documents, invoices and emails are attached and submitted in support of the Relators' claims.

**From:** "Mike"<mdhenig@henigfurs.com>;
**Date:** Tue, Sep 13, 2016 07:52 PM
**To:** "wilson"<tongsen.sale1@queenfur.net>;
**Subject:** Re: Mdhenig@henigfurs.com

Ok -let us look at the samples first and then we will decide on the quantity we need as well as the route that we go. I hope the quality is as the pictures I have been doing business in China and Hong Kong since 1983 I went to my first Hong Kong fair in 1983 in at the Kowloon holiday.we still do a lot of business with some Chinese factories now so we import probably about 1,000,000 1/2 to $2 million a year out of Hong Kong China so we are a good company to know. Thanks Mike

Sent from my IPhone
Pardon any typos

Mike D. Henig
President
Henig Furs Inc.
www.henigfurs.com

On Sep 13, 2016, at 6:40 AM, wilson <tongsen.sale1@queenfur.net> wrote:

Hi Mike,yesterday we send two boxes by EMS,if it is send by FEDEX ,it will costs about USD200-250.

----------------- Original -----------------
**From:** "Mike"<mdhenig@henigfurs.com>;
**Date:** Tue, Sep 13, 2016 07:32 PM
**To:** "wilson"<tongsen.sale1@queenfur.net>;
**Subject:** Re: Mdhenig@henigfurs.com

Give me an estimate on what Fedx would charge on the shipment that you shipped us yesterday. It would be quicker to get to us without any issues by FedEx and we would pay whatever custom fee there was. Please thank

Sent from my IPhone
Pardon any typos

Mike D. Henig
President
Henig Furs Inc.
www.henigfurs.com

On Sep 13, 2016, at 5:56 AM, wilson <tongsen.sale1@queenfur.net> wrote:

Hi Mike,the price I sent you is with EMS shipping fee. If you need FEDEX shipping fee,then I need calculater again,will send you later.

----------------- Original -----------------
**From:** "Mike"<mdhenig@henigfurs.com>;
**Date:** Tue, Sep 13, 2016 06:22 PM
**To:** "tongsen.sale1@queenfur.net"<tongsen.sale1@queenfur.net>;
**Cc:** "cjones"<cjones@henigfurs.com>;
**Subject:** Re: Mdhenig@henigfurs.com

Please give me price with us paying for shipping. We use fedex for our shipments - we would average about 12-24 units per style

Sent from my IPhone
Pardon any typos

we import probably about 1,000,000 1/2 to $2 million a year out of Hong Kong China so we are a good company to know. Thanks Mike

Sent from my IPhone
Pardon any typos

Mike D. Henig
President
Henig Furs Inc.
www.henigfurs.com

On Sep 13, 2016, at 6:40 AM, wilson <tongsen.sale1@queenfur.net> wrote:

Hi Mike,yesterday we send two boxes by EMS,if it is send by FEDEX ,it will costs about USD200-250.

------------------ Original ------------------
From: "Mike"<mdhenig@henigfurs.com>;
Date: Tue, Sep 13, 2016 07:32 PM
To: "wilson"<tongsen.sale1@queenfur.net>;
Subject: Re: Mdhenig@henigfurs.com

Give me an estimate on what Fedx would charge on the shipment that you shipped us yesterday. It would be quicker to get to us without any issues by FedEx and we would pay whatever custom fee there was. Please thank

Sent from my IPhone
Pardon any typos

Mike D. Henig
President
Henig Furs Inc.
www.henigfurs.com

On Sep 13, 2016, at 5:56 AM, wilson <tongsen.sale1@queenfur.net> wrote:

Hi Mike,the price I sent you is with EMS shipping fee. If you need FEDEX shipping fee,then I need calculater again,will send you later.

------------------ Original ------------------
From: "Mike"<mdhenig@henigfurs.com>;
Date: Tue, Sep 13, 2016 06:22 PM
To: "tongsen.sale1@queenfur.net"<tongsen.sale1@queenfur.net>;
Cc: "cjones"<cjones@henigfurs.com>;
Subject: Re: Mdhenig@henigfurs.com

Please give me price with us paying for shipping. We use fedex for our shipments - we would average about 12-24 units per style

Sent from my IPhone
Pardon any typos

Mike D. Henig
President
Henig Furs Inc.
www.henigfurs.com

On Sep 13, 2016, at 5:12 AM, "tongsen.sale1@queenfur.net" <tongsen.sale1@queenfur.net> wrote:

Hi Mike,

3

## Mike Henig

| | |
|---|---|
| **From:** | wilson <tongsen.sale1@queenfur.net> |
| **Sent:** | Wednesday, September 14, 2016 8:42 AM |
| **To:** | Mike Henig |
| **Subject:** | Re:RE: RE: Re: Mdhenig@henigfurs.com |

Hi Mike,

We usually sent big box to US Amazon warehouse by FEDEX,it takes about 7-10days,and EMS to our us customer usually takes almost the same time.We just think about that you said FEDEX is have no issue for you,then we decided to send by fedex for your big order.

Best regards
Wilson

----------------- Original -----------------
**From:** "Mike Henig"<mdhenig@henigfurs.com>;
**Date:** Wed, Sep 14, 2016 09:38 PM
**To:** "'wilson'"<tongsen.sale1@queenfur.net>; "'Colin Jones'"<cjones@henigfurs.com>;
**Subject:** RE: RE: Re: Mdhenig@henigfurs.com

WE NEED IT QUICK IF YOU WANT OUR ORDER. HOW LONG ?
**From:** wilson [mailto:tongsen.sale1@queenfur.net]
**Sent:** Wednesday, September 14, 2016 8:26 AM
**To:** Mike Henig
**Subject:** Re:RE: Re: Mdhenig@henigfurs.com

The price I just sent you is shipping by FEDEX in one big box,as it is more cheaper for the shipping fee. And for the sample we can give you $37 for the coat without hood,and $41 with hood.But we need send sample by EMS,as it is more cheaper for small box,hope you can understand.If you can accept,then I will send invoice to you.

----------------- Original -----------------
**From:** "Mike Henig"<mdhenig@henigfurs.com>;
**Date:** Wed, Sep 14, 2016 09:14 PM
**To:** "tongsen.sale1"<tongsen.sale1@queenfur.net>;
**Subject:** RE: Re: Mdhenig@henigfurs.com

WILSON , CAN YOU MAKE A SAMPLE OF EACH SIZE AND STLYE IN WHITE ? SO WE CAN EXAMINE? BEST PRICE

**From:** tongsen.sale1@queenfur.net [mailto:tongsen.sale1@queenfur.net]
**Sent:** Wednesday, September 14, 2016 2:35 AM
**To:** Mike
**Subject:** Re: Re: Mdhenig@henigfurs.com

Hi Mike,

Please see attached two style of children rabbit fur coat.It is made by pieces not whole skin. The coat without hood have 7 colors,4 sizes,price is $50,and the coat with hood have 4 colors,3 sizes,price is $60.Below is the side chart :

1.coat without hood

| Size | Bust | Length | Sleeve |
|------|------|--------|--------|
| S | 68cm | 44cm | 39cm |
| M | 72cm | 46cm | 40cm |
| L | 76cm | 48m | 41cm |
| XL | 80cm | 50cm | 42cm |

2.coat with hood

| Size | Bust | Length | Sleeve |
|------|------|--------|--------|
| S | 80CM | 45cm | 42cm |
| M | 84CM | 50cm | 44cm |
| L | 88CM | 55cm | 46cm |

If you want other styles,you also can send us pictures,then we can check with factory if they can make.

Best regards
Wilson


**From:** Mike
**Date:** 2016-09-13 21:52
**To:** wilson
**Subject:** Re: Mdhenig@henigfurs.com
We will pay - PayPal- any children furs? Rabbit

Sent from my IPhone
Pardon any typos

Mike D. Henig
President
Henig Furs Inc.
www.henigfurs.com

On Sep 13, 2016, at 7:26 AM, wilson <tongsen.sale1@queenfur.net> wrote:

Hi Mike,

Please see attached new quotation with FEDEX shipping fee.This price is just for a reference,as the shipping fee is not so correct,just an estimate.For a suggestion,it's better to send in one big box,then the shipping fee will more cheaper than in some small boxes.

And thank you for leting us know your company.In 1983,I was not born,such a rich business exprience you have.Our company for you is a new company,but we do fur business for 5years,and have many angents on ebay,you can see who use the same model pictures are all our angents.In China,one fur factory alway do one single items,such as one factory is only do mink fur items,and another factory is only do rabbit fur items.It is very trouble for someone who do a fur business in different materials,so our company set up,and solve this problem.In fact,we control a part of sellers' fur prices on ebay , aliexpress and amazon.For honestly,we can give you more profit if you decide the quantity,the only request is we need you pay directly to our paypal account,ebay will charge us too much if you pay on it.Hope you can understand what I mean.Many thanks.

Best regards
Wilson

------------- Original -------------

2

Wilson

**From:** Collin Jones
**Date:** 2016-12-23 00:47
**To:** tongsen.sale1@queenfur.net
**Subject:** New Order.

Wilson,

Please find our order bellow. If you send me a paypal invoice I will pay you.

| | | | |
|---|---|---|---|
| TPPR0001 | &lt;image004(12-23-09-49-54).jpg&gt; | Black | 36 |
| | | Natural Brown | 36 |
| | | Snowtop | 36 |
| | | Natural Grey | 36 |
| | | | |

| | | | |
|---|---|---|---|
| TPPM0005 | &lt;image011(12-23-09-49-54).jpg&gt; | Coffee | Length 70cm,Tassels 12cm,Width 35cm | 15 |
| | | Black | | 15 |

| | | | |
|---|---|---|---|
| QFPM16048 | &lt;image012(12-23-09-49-54).jpg&gt; | Black | 10 |
| | &lt;image013(12-23-09-49-54).jpg&gt; | Coffee | 10 |

| | | |
|---|---|---|
| QFPM0002 | &lt;image015(12-23-09-49-54).jpg&gt; | Coffee  10 |
| | | Black  10 |

**From:** wilson [mailto:tongsen.sale1@queenfur.net]
**Sent:** Saturday, December 24, 2016 8:33 AM
**To:** Colin Jones
**Cc:** Mike
**Subject:** Re: New Order.

Hi Colin,

I have update the invoice to you,total amount is $10444,please check and pay,then we can arrange
production as soon as possible.

Wilson


---------------- Original ----------------
**From:** "Colin Jones"<cjones@henigfurs.com>;
**Date:** Fri, Dec 23, 2016 10:15 PM
**To:** "tongsen.sale1@queenfur.net"<tongsen.sale1@queenfur.net>;
**Cc:** "Mike"<mdhenig@henigfurs.com>;
**Subject:** Re: New Order.

I'm ok with prices. Please send invoice.

Thanks,

Colin N. Jones
Henig Furs Inc.
President of Operations
cjones@henigfurs.com
www.henigfurs.com
office-334-277-7610
cell-334-399-7134
Sent from my iPhone


On Dec 22, 2016, at 7:53 PM, "tongsen.sale1@queenfur.net" <tongsen.sale1@queenfur.net> wrote:
Hi Colin,

The mink fur shawl and poncho increase the prices:

Mink Fur Shawl With Tassels: $75
Mink Fur Poncho With Tassels: $162
Mink Fur Poncho With Hood: $125

If the prices are no problem I will send invoice to you soon.

5/4/2017  Fashion Real Mink Fur Knitted Scarf Womens Oversize Fur Wrap Shawls at Amazon Women's Clothing store:



Try Prime

Clothing, Shoes & Jewelry ~

Departments ~     Your Amazon.com     Today's Deals          EN      Hello. Sign in                              67
                                                              ~      Account & Lists ~   Orders   Try Prime ~   Cart

**Amazon Fashion**   WOMEN   MEN   GIRLS   BOYS   BABY   LUGGAGE   SALES & DEALS   YOUR FASHION & ♡'S   FREE RETURNS

Clothing, Shoes & Jewelry › Women › Accessories › Scarves & Wraps › Fashion Scarves

Hhdress

### Fashion Real Mink Fur Knitted Scarf Womens Oversize Fur Wrap Shawls
4 customer reviews

Price: $329.99
Sale: $89.99 & FREE Shipping
You Save: $240.00 (73%)

Color: Black

In stock.
**Get it as soon as May 11 - 16** when you choose **Expedited Shipping** at checkout.
Ships from and sold by Hhdress.

- Material:Real natural mink fur
- This luxury mink fur scarf are suitable for any kindly costume that perfect for any anniversary, engagefemalet, party, dating, wedding, daily wear, etc.
- Free Size:170cm*35cm, tassel length:12cm
- All the material is from domestic animals on the farm, not wild animals, We protect wild animals
- Welcome to our Amazon shop "Hhdress" ,We offer various of stylish and gorgeous fur jackets/coats, fur overcoats, fur hats, fur headbands, fur scarfs/cape, etc.

Share

Qty: 1 ▾

$89.99 + Free Shipping
In stock. Sold by **Hhdress**

Add to Cart

Turn on 1-Click ordering for this browser

**Ship to:**
OPELIKA, AL 36801

Add to List

Roll over image to zoom in

Customers who viewed this item also bought

MEEFUR
$89.40 - $135.00

**Sponsored products related to this item** (What's this?)

**Collin Jones**

From:           tongsen.sale1@queenfur.net
Sent:           Wednesday, January 04, 2017 1:50 AM
To:             cjones
Cc:             Mike
Subject:        Re: RE: New Order.

Hi Colin/Mike,

We have sent two boxes to you. Please see below details in two boxes:

Box 1: TPPM0005C    Mink fur shawl with tassels coffee 5pcs
       QFPM16048C   Mink fur poncho with tassels coffee 10pcs
       QFPM16048B   Mink fur poncho with tassels black 10pcs
       TPPR0001B    Rabbit fur poncho black      36pcs

Box 2: TPPR0001NB   Rabbit fur poncho natural brown      36pcs
       TPPR0001NG   Rabbit fur poncho natural grey      36pcs
       TPPM0005B    Mink fur shawl with tassels black    10pcs

Tracking number is : DHL 2418575611

The left items we will send in next week.(We put some "made in China" stickers in the shipped boxes,please
check it when you receive them.)

Wilson

---

**From:** Collin Jones
**Date:** 2016-12-27 02:21
**To:** 'wilson'
**Subject:** RE: New Order.

Invoice has been pain. As before I had to send two separate payments. Please produce and ship ASAP.

Thanks,

| SKU | Picture | Color | Price | Quantity |
|---|---|---|---|---|
| TPPR0001B |  | Black | $17.00 | 36 |
| TPPR0001WG |  | Snowtop | $19.00 | 36 |
| TPPR0001NB |  | Natural Brown | $19.00 | 36 |
| TPPR0001NG |  | Natural Grey | $19.00 | 36 |
| TPPM0005B |  | Black | $75.00 | 15 |
| TPPM0005C |  | Coffee | $75.00 | 15 |
| TPPM0002B |  | Black | $125.00 | 10 |
| TPPM0002C |  | Coffee | $125.00 | 10 |
| QFPM16048B |  | Black | $162.00 | 10 |

| Amount |
|---|
| $612.00 |
| $684.00 |
| $684.00 |
| $684.00 |
| $1,125.00 |
| $1,125.00 |
| $1,250.00 |
| $1,250.00 |
| $1,620.00 |

| QFPM16048C |  | Coffee | $162.00 | 10 |
|---|---|---|---|---|
|  |  |  |  | **Total:** |

| |
|---|
| $1,620.00 |
| **$10,654.00** |



ATL6—DDU

9361 2896 7509 0182 6111 23

USPS TRACKING # eVS

DTZaZZKIpH/1second/1 of 1/3343939381/3012

QUEENFUR
172 Trade Street
Lexington KY 40511
USA

CARRIER — LEAVE IF NO RESPONSE
ADDRESS SERVICE REQUESTED

#0111826111126/#

MICHAEL HENIG JR
4135 CARMICHAEL RD
MONTGOMERY AL 36106—3605

C088

| D | | |
|---|---|---|
| 014 | | |
| D—014 | | 36106 |

PARCEL SELECT
U.S. POSTAGE PAID
AF6
e—VS

spRcBBQx5db

LnKJn

QUEENFUR
100 Thomas P Echols Lane, Suite 3
Shepherdsville KY 40165
USA

| D | | PS LIGHTWEIGHT |
| 014 | | U.S. POSTAGE PAID |
| | | AFS |
| | | e−VS |

CARRIER — LEAVE IF NO RESPONSE

| D − 014 | | 36106 |

ADDRESS SERVICE REQUESTED

#005148268591#    C088

MICHAEL HENIG JR
4135 CARMICHAEL RD
MONTGOMERY AL 36106−3605

DMRHbrvn4/1/second/1 of 1/3343993981/3052

USPS TRACKING # eVS

9374 8896 7509 0148 2685 96

ATL6         ATL6         D − 014

PM1

25% RECYCLED
CONTENT



EXPRESS WORLDWIDE

**WPX**

**DHL**

2017-01-03 XN4LPr 5.2 / *90-1804*

Origin:
HGH

From : Rize Star GiftWares Co.,Ltd
Xu
No.740 chengtian South Rd
Yiwu City 322000
zhejiang,China
322000 YIWU,JINHUA
China, People's Republic

To :
MIKE HENIG
MIKE HENIG
4135 CARMICHAEL RD MONTGOMERY
AL 36106-3605 UNITED STATES
36106 MONTGOMERY Alabama
United States Of America

Contact: 18058911121

Contact:
3342777610

Ref :

**C**

**US-ATL-MGM**

| Pce/Shpt Weight | Piece |
|---|---|
| 0.5/1.0 kg | 1 / 2 |

Day | Time

Contents : PONCHO
128PCS,S CARF
15PCS

WAYBILL 24 1857 5611

(2L)US36106+4800001

(J) JD01 4600 0039 4746 4485

Shipper:

Rize Star GiftWares Co.,Ltd

xu

No.740 chengdian South Rd

Yiwu City 322000

zhejiang China

YIWU,JINHUA          322000

China.People's Republic

Phone: 18058911121

VAT/GST No:

# PROFORMA INVOICE

Receiver:

MIKE HENIG

MIKE HENIG

4135 CARMICHAEL RD MONTGOMERY

AL 36106-3605 UNITED STATES

MONTGOMERY          36106

United States Of America

Phone: 3342777610

VAT/GST No:

Date:  2017-01-03

Invoice Number:

Airwaybill Number: 2418575611

Comments:

| NO. | Full Description of Goods | QTY | Commodity Code | Unit Value | Country of Origin |
|-----|---------------------------|-----|----------------|------------|-------------------|
| 1 | PONCHO | 128 | 6103320000 | 1.50 | China |
| 2 | SCARF | 15 | 6117109000 | 3.50 | China |

| | |
|---|---|
| Total Declared Value: | 244.50 |
| Total Pieces: | 2 |
| Total Gross Weight: | 1.0        kg |

Type of Export:     Permanent

ms of:

Currency Code:     USD

Incoterm:     DAP-Delivered at Place

We hereby certify that the information of this invoice is true and correct and that the contents of this shipment are as stated above.

Signature:

Name of Company:  Rize Star GiftWares Co.,Ltd          Company Stamp:

| INVOICE PAGE | 1 | OF | 1 |

# COMMERCIAL INVOICE

| INTERNATIONAL AIR WAYBILL NUMBER | 811268804811 |

| DATE OF EXPORTATION | 17Jan2017 | EXPORT REFERENCES | |
|---|---|---|---|

| INVOICE NUMBER | | INVOICE DATE | 17Jan2017 |

**SHIPPER / EXPORTER**

CHENG BING
HANGZHOU BW NETWORKING CO LTD
FLOOR 2 UNIT 2 BUILDING 42
DISTRICT 3 XIAWANG YIWU ZHEJIANG
YIWU
322000 CN 18167039176

**CONSIGNEE**

MIKE HENIG

4135 CORMICHAEL RD

MONTGOMERY
AL 36106 US 3342777610

| SHIPPER'S TAX NUMBER | CONSIGNEE OR IMPORTER'S TAX NUMBER |
|---|---|
| SHIPPER'S EMAIL CONTACT | CONSIGNEE'S EMAIL CONTACT |

**PURPOSE OF SHIPMENT** *(CHECK ONE)*

| SOLD | ☐ | PERSONAL EFFECTS | ☐ |
| NOT SOLD | ☐ | RETURN AND REPAIR | ☐ |
| GIFT | ☐ | SAMPLE | ☑ |
| OTHER | | | |

**IMPORTER**

| RETURN REASON TYPE | | IMPORTER'S EMAIL CONTACT |
| RETURN OTHER REASON | | |

| COUNTRY OF MANUFACTURE | FULL DESCRIPTION OF GOODS | QTY | UNIT VALUE | TOTAL VALUE |
|---|---|---|---|---|
| CHINA | PONCHOS100%POLYESTER HS CODE : 6114300090 | 56 Piece | 2.00 | 112.00 |
| CHINA | SCARF100%polyester HS CODE : 6214900090 | 15 Piece | 2.00 | 30.00 |

| TERMS OF SALE : FCA | CURRENCY | USD |
|---|---|---|
| | TOTAL FREIGHT CHARGES | 0.00 |
| | TOTAL INSURANCE CHARGES | 0.00 |
| | OTHER COSTS | 0.00 |
| | TAX AMOUNT | 0.00 |
| | TOTAL INVOICE VALUE | 142.00 |
| | TOTAL NUMBER OF PACKAGES | 1 |
| | TOTAL WEIGHT | 32 KGS |

I DECLARE ALL THE INFORMATION CONTAINED IN THIS INVOICE IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.
(SIGNATURE REQUIREMENTS MAY VARY PER COUNTRY)

| ATE | 17Jan2017 | | |
| NAME | CHENG BING | SIGNATURE | MR DING | TITLE |
| | (PLEASE PRINT) | | |



EXPRESS WORLDWIDE

WPX DHL

2017-01-03_XML:P.1_S.2_I*(S)_16/4*

From : Rice Star GiftWares Co.,Ltd
xu
No.740 chengdan South Rd
Ywu City 322200
zhejiang China
322000 YWU,JINHUA
China, People's Republic

Origin:
HGH

To : MIKE HENIG
MIKE HENIG
4135 CARMICHAEL RD MONTGOMERY
AL 36106-3605 UNITED STATES
36106 MONTGOMERY Alabama
United States Of America

Contact: 18058911121

Contact:
3342777610

Ref:

C

US-ATL-MGM

Pcd/Shpt Weight
0.5/1.0 kg

Day

Time

Piece
2 / 2

WAYBILL 24 1857 5611

(2L)US36106+4800001

Contents : PONCHO
128PCS,S.CARF
15PCS

(J) JD01 4600 0039 4746 4486



All ⌄

Departments ⌄    Browsing History ⌄    Colin's Amazon.com

EN ⌄    Hello, Colin
Account & Lists ⌄    Orders    Prime ⌄    Cart

# Hhdress

Hhdress storefront

97% positive in the last 12 months (123 ratings)

Hhdress is committed to providing each customer with the highest standard of customer service.

Have a question for Hhdress?

Ask a question

Feedback    Returns & Refunds    Shipping    Policies    Products

| | | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|---|
| Positive | | 94% | 96% | 97% | 98% |
| Neutral | | 0% | 0% | 0% | 0% |
| Negative | | 6% | 4% | 3% | 2% |
| Count | | 16 | 56 | 123 | 173 |

" ~~It didn't come with instructions so I kinda had to guess how to put it in and I'm not sure if I am even doing it right~~ 🙂🙂 "

By Ashley Wallace on May 6, 2017.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

" I love it "

By Monica Doncel on May 5, 2017.

" Love it! I get lots of compliments. "

By Tracy from Florida on May 4, 2017.

" Dress is absolutely gorgeous and my daughter loves it. We sent specific measurements and everything fit except length. We got the dress in time for it to be hem... "
Read more

By Candi Merritt on May 1, 2017.

" muy buena calidad "

By Beatriz garcia on May 1, 2017.

Previous  Next

## Top Selling Products from Hhdress  › View All

Page 1 of 2



Womens Rope Adjustable Self Adhesive Invisible Push Up Silic...
$11.99



Women's Elbow Lace Satin Gloves Fingers Fingerless Glove for...
11
$5.99



Hhdress Vintage Faux Fur Shawls for Wedding Evening Party Br...
1
$22.99



Women's Sequined Wedding Shawl Wrap Formal Evening Party Sha...
6
$9.99



2017 Wedding Wing Shape Gel Bra Self Adhesive Backless Selic...
$11.99

Leave seller feedback    Tell us what you think about this page

**amazon**.com

## Final Details for Order #114-5603427-6129056
Print this page for your records.

**Order Placed:** May 8, 2017
**Amazon.com order number:** 114-5603427-6129056
**Order Total:** $866.97

## Shipped on May 15, 2017

| Items Ordered | Price |
|---|---|
| 1 of: *Fur Story 16713 Knitted Women's Real Mink Fur Poncho Pullover Tassels Poncho Cross mink*<br>Sold by: Furstory (seller profile)<br><br>Condition: New | $288.99 |
| 1 of: *Fur Story 16713 Knitted Women's Real Mink Fur Poncho Pullover Tassels Poncho Brown*<br>Sold by: Furstory (seller profile)<br><br>Condition: New | $288.99 |
| 1 of: *Fur Story 16713 Knitted Women's Real Mink Fur Poncho Pullover Tassels Poncho Golden*<br>Sold by: Furstory (seller profile)<br><br>Condition: New | $288.99 |

**Shipping Address:**
Colin Jones
4135 CARMICHAEL RD
MONTGOMERY, AL 36106-3605
United States

**Shipping Speed:**
Standard Shipping

| | |
|---|---|
| Item(s) Subtotal: | $866.97 |
| Shipping & Handling: | $0.00 |
| | ----- |
| Total before tax: | $866.97 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$866.97** |
| | ----- |

## Payment information

**Payment Method:**
Visa | Last digits: 7304

**Billing address**
Colin Jones
4135 CARMICHAEL RD
MONTGOMERY, AL 36106-3605
United States

**Credit Card transactions**

| | |
|---|---|
| Item(s) Subtotal: | $866.97 |
| Shipping & Handling: | $0.00 |
| | ----- |
| Total before tax: | $866.97 |
| Estimated tax to be collected: | $0.00 |
| | ----- |
| **Grand Total:** | **$866.97** |

Visa ending in 7304: May 15, 2017: $866.97

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2017, Amazon.com, Inc. or its affiliates

**Collin Jones**

| | |
|---|---|
| **From:** | Furstory – Amazon Marketplace <yrltvdw9k2r0h52@marketplace.amazon.com> |
| **Sent:** | Tuesday, May 16, 2017 3:26 AM |
| **To:** | cjones@henigfurs.com |
| **Subject:** | Order information from Amazon seller Furstory (Order: 114-5603427-6129056) |

Order ID 114-5603427-6129056:
1 of Fur Story 16713 Knitted Women's Real Mink Fur Poncho Pullover Tassels Poncho Brown [ASIN: B01FQH50O2]
1 of Fur Story 16713 Knitted Women's Real Mink Fur Poncho Pullover Tassels Poncho Golden [ASIN: B01FQH4XFO]
1 of Fur Story 16713 Knitted Women's Real Mink Fur Poncho Pullover Tassels Poncho Cross mink [ASIN: B01FQH4YH6]

------------- Begin message -------------

My friend, to avoid your tax we shipped them via two parcel by DHL, the tracking No. is : 5496156164 , and 2730415424.

Best wishes
Jesse


------------- End message -------------


For Your Information: To help arbitrate disputes and preserve trust and safety, we retain all messages buyers and sellers send through Amazon.com for two years.  This includes your response to the message above.  Amazon.com uses filtering technology to protect buyers and sellers from possible fraud.  Messages that fail this filtering will not be transmitted.

We want you to buy with confidence anytime you purchase products on Amazon.com. Learn more about Safe Online Shopping (http://www.amazon.com/gp/help/customer/display.html?nodeId=551434) and our safe buying guarantee (http://www.amazon.com/gp/help/customer/display.html?nodeId=537868).


[commMgrTok:A2F1WNYFIW29EC]

5/8/2017                                      Amazon.com - Order 114-8352296-9222667

**amazon**.com

## Final Details for Order #114-8352296-9222667
Print this page for your records.

**Order Placed:** April 26, 2017
**Amazon.com order number:** 114-8352296-9222667
**Order Total: $899.90**

## Shipped on May 1, 2017

| Items Ordered | Price |
|---|---|
| 5 of: *Fashion Real Mink Fur Knitted Scarf Womens Oversize Fur Wrap Shawls*<br>Sold by: Hhdress (seller profile)<br><br>Condition: New | $89.99 |
| 5 of: *Fashion Real Mink Fur Knitted Scarf Womens Oversize Fur Wrap Shawls*<br>Sold by: Hhdress (seller profile)<br><br>Condition: New | $89.99 |

**Shipping Address:**
Colin Jones
4135 CARMICHAEL RD
MONTGOMERY, AL 36106-3605
United States

**Shipping Speed:**
Standard Shipping

| | |
|---|---|
| Item(s) Subtotal: | $899.90 |
| Shipping & Handling: | $0.00 |
| | ----- |
| Total before tax: | $899.90 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$899.90** |
| | ----- |

## Payment information

**Payment Method:**
Visa | Last digits: 7304

**Billing address**
Colin Jones
4135 CARMICHAEL RD
MONTGOMERY, AL 36106-3605
United States

| | |
|---|---|
| Item(s) Subtotal: | $899.90 |
| Shipping & Handling: | $0.00 |
| | ----- |
| Total before tax: | $899.90 |
| Estimated tax to be collected: | $0.00 |
| | ----- |
| **Grand Total:** | **$899.90** |

**Credit Card transactions**                    Visa ending in 7304: May 2, 2017: $899.90

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2017, Amazon.com, Inc. or its affiliates

5/8/2017                                          Tracking, Track Parcels, Packages, Shipments | DHL Express Tracking



English        Contact Center        Country Profile

# Track DHL Express Shipments

Here's the fastest way to check the status of your shipment. No need to call Customer Service – our online results give you real-time, detailed progress as your shipment speeds through the DHL network.

## Result Summary

| | | |
|---|---|---|
| **Waybill: 8219370191** | **Monday, May 08, 2017 at 10:35** | 1 Piece |
| Signed for by: R DRUMWRIGHT | **Origin Service Area:** | |
| Get Signature Proof of Delivery | SUZHOU & SURROUNDING AREA - SUZHOU - CHINA, PEOPLES REPUBLIC | |
| | **Destination Service Area:** | |
| | ATLANTA, GA - MONTGOMERY - USA | |

| Monday, May 08, 2017 | | Location | Time | Piece |
|---|---|---|---|---|
| 18 | Delivered - Signed for by : R DRUMWRIGHT | MONTGOMERY | 10:35 | 1 Piece |
| 17 | With delivery courier | ATLANTA, GA - USA | 09:51 | 1 Piece |
| 16 | Arrived at Delivery Facility in ATLANTA - USA | ATLANTA, GA - USA | 08:45 | 1 Piece |
| 15 | Departed Facility in ATLANTA - USA | ATLANTA, GA - USA | 06:20 | 1 Piece |
| 14 | Processed at ATLANTA - USA | ATLANTA, GA - USA | 06:17 | 1 Piece |
| 13 | Arrived at Sort Facility ATLANTA - USA | ATLANTA, GA - USA | 00:02 | 1 Piece |
| **Sunday, May 07, 2017** | | **Location** | **Time** | **Piece** |
| 12 | Departed Facility in CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 22:16 | 1 Piece |
| 11 | Processed at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 21:41 | 1 Piece |
| 10 | Clearance processing complete at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 20:47 | 1 Piece |
| 9 | Arrived at Sort Facility CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 20:12 | 1 Piece |
| **Saturday, May 06, 2017** | | **Location** | **Time** | **Piece** |
| 8 | Customs status updated | CINCINNATI HUB, OH - USA | 19:26 | |
| **Sunday, May 07, 2017** | | **Location** | **Time** | **Piece** |
| 7 | Departed Facility in EAST CHINA AREA - CHINA, PEOPLES REPUBLIC | EAST CHINA AREA - CHINA, PEOPLES REPUBLIC | 02:49 | 1 Piece |
| **Saturday, May 06, 2017** | | **Location** | **Time** | **Piece** |
| 6 | Processed at EAST CHINA AREA - CHINA, PEOPLES REPUBLIC | EAST CHINA AREA - CHINA, PEOPLES REPUBLIC | 23:27 | 1 Piece |
| 5 | Arrived at Sort Facility EAST CHINA AREA - CHINA, PEOPLES REPUBLIC | EAST CHINA AREA - CHINA, PEOPLES REPUBLIC | 17:46 | 1 Piece |
| 4 | Clearance processing complete at EAST CHINA AREA - CHINA, PEOPLES REPUBLIC | EAST CHINA AREA - CHINA, PEOPLES REPUBLIC | 15:21 | |
| 3 | Departed Facility in SUZHOU & SURROUNDING AREA - CHINA, PEOPLES REPUBLIC | SUZHOU & SURROUNDING AREA - CHINA, PEOPLES REPUBLIC | 14:48 | 1 Piece |
| 2 | Processed at SUZHOU & SURROUNDING AREA - CHINA, PEOPLES REPUBLIC | SUZHOU & SURROUNDING AREA - CHINA, PEOPLES REPUBLIC | 13:55 | 1 Piece |
| 1 | Shipment picked up | SUZHOU & SURROUNDING AREA - CHINA, PEOPLES REPUBLIC | 13:08 | 1 Piece |

5/8/2017                                    Tracking, Track Parcels, Packages, Shipments | DHL Express Tracking

If you would prefer to speak to someone personally about the location of your shipment, please   contact  DHL Express Customer Service.

**Terms & Conditions**

**Tracking FAQs**

**Deutsche Post DHL Group**

5/8/2017                          Tracking, Track Parcels, Packages, Shipments | DHL Express Tracking



English        Contact Center        Country Profile

# Track DHL Express Shipments

Here's the fastest way to check the status of your shipment. No need to call Customer Service — our online results give you real-time, detailed progress as your shipment speeds through the DHL network.

## Result Summary

**Waybill: 8219370191**                    Monday, May 08, 2017 at 10:35                          1 Piece
                                           **Origin Service Area:**
Signed for by: R DRUMWRIGHT                  SUZHOU & SURROUNDING AREA - SUZHOU -
Get Signature Proof of Delivery              CHINA, PEOPLES REPUBLIC
                                           **Destination Service Area:**
                                             ATLANTA, GA - MONTGOMERY - USA

| Monday, May 08, 2017 | | Location | Time | Piece |
|---|---|---|---|---|
| 18 | Delivered - Signed for by : R DRUMWRIGHT | MONTGOMERY | 10:35 | 1 Piece |
| 17 | With delivery courier | ATLANTA, GA - USA | 09:51 | 1 Piece |
| 16 | Arrived at Delivery Facility in ATLANTA - USA | ATLANTA, GA - USA | 08:45 | 1 Piece |
| 15 | Departed Facility in ATLANTA - USA | ATLANTA, GA - USA | 06:20 | 1 Piece |
| 14 | Processed at ATLANTA - USA | ATLANTA, GA - USA | 06:17 | 1 Piece |
| 13 | Arrived at Sort Facility ATLANTA - USA | ATLANTA, GA - USA | 00:02 | 1 Piece |
| **Sunday, May 07, 2017** | | **Location** | **Time** | **Piece** |
| 12 | Departed Facility in CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 22:16 | 1 Piece |
| 11 | Processed at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 21:41 | 1 Piece |
| 10 | Clearance processing complete at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 20:47 | 1 Piece |
| 9 | Arrived at Sort Facility CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 20:12 | 1 Piece |
| **Saturday, May 06, 2017** | | **Location** | **Time** | **Piece** |
| 8 | Customs status updated | CINCINNATI HUB, OH - USA | 19:26 | |
| **Sunday, May 07, 2017** | | **Location** | **Time** | **Piece** |
| 7 | Departed Facility in EAST CHINA AREA - CHINA, PEOPLES REPUBLIC | EAST CHINA AREA - CHINA, PEOPLES REPUBLIC | 02:49 | 1 Piece |
| **Saturday, May 06, 2017** | | **Location** | **Time** | **Piece** |
| 6 | Processed at EAST CHINA AREA - CHINA, PEOPLES REPUBLIC | EAST CHINA AREA - CHINA, PEOPLES REPUBLIC | 23:27 | 1 Piece |
| 5 | Arrived at Sort Facility EAST CHINA AREA - CHINA, PEOPLES REPUBLIC | EAST CHINA AREA - CHINA, PEOPLES REPUBLIC | 17:46 | 1 Piece |
| 4 | Clearance processing complete at EAST CHINA AREA - CHINA, PEOPLES REPUBLIC | EAST CHINA AREA - CHINA, PEOPLES REPUBLIC | 15:21 | |
| 3 | Departed Facility in SUZHOU & SURROUNDING AREA - CHINA, PEOPLES REPUBLIC | SUZHOU & SURROUNDING AREA - CHINA, PEOPLES REPUBLIC | 14:48 | 1 Piece |
| 2 | Processed at SUZHOU & SURROUNDING AREA - CHINA, PEOPLES REPUBLIC | SUZHOU & SURROUNDING AREA - CHINA, PEOPLES REPUBLIC | 13:55 | 1 Piece |
| 1 | Shipment picked up | SUZHOU & SURROUNDING AREA - CHINA, PEOPLES REPUBLIC | 13:08 | 1 Piece |

5/8/2017                          Tracking, Track Parcels, Packages, Shipments | DHL Express Tracking

If you would prefer to speak to someone personally about the location of your shipment, please  contact DHL Express Customer Service.

**Terms & Conditions**

**Tracking FAQs**

Deutsche Post DHL Group

| Shipper: | VAT/GST NO: | Proforma Invoice | | | | | | |
|----------|-------------|---|---|---|---|---|---|---|
| Suzhou min Huan Mdt InfoTech Ltd<br>11-8_no.688_yangchenghu_west_RD. Centre<br><br>Phone:15295610343     Fax: | | | | | | | | |

| Receive: | VAT/GST NO: | Date:27/04/2017 |
|----------|-------------|-----------------|
| Colin Jones<br>4135 CARMICHAEL RD<br><br><br>Phone:3343997134     Fax: | | Invoice Number:<br><br><br>Shipment Reference:59013F1B32048 |

| Bill to Third Party: | Comments: |
|----------------------|-----------|
| | Air Waybill Number: |

| Full Description of Goods | QTY | Commodity Code | Unit Value | Subtotal Value | Unit Net Weight | Gross Weight | Country of Manufacture |
|---|---|---|---|---|---|---|---|
| ???????? | 5 | 6204430010 | 8.00USD | 40 | 0.5 | 0.5 | China |
| ???????? | 5 | 6204430010 | 8.00USD | 40 | 0.5 | 0.5 | China |
| | | Total Declared Value | | 80 USD | Total Net Weight | | 0.5kg |
| | | Total Pieces: | | 10 | Total Gross Weight | | 0 |

Payer of GST/VAT:                                        Currency Code:USD
Harm.Comm.Code:
Type of Export:              Permanent               Terms of Trade:for worth
Terms of Payment:
Reason For Export:

I/We herhby certify that the information of this invoice is true and correct and that the contents of this shipment are as stated above.

Signatrue:
Position in Company:
Shipping Consultant     Company Stamp:

5/4/2017                    Queenfur Women Winter Genuine Knitted Mink Fur Shawl Mink Fur Scarf (Black) at Amazon Women's Clothing store:

Try Prime    Clothing, Shoes & Jewelry ▾    queenfurs

Departments ▾    Your Amazon.com    Today's Deals

EN    Hello. Sign in
▾        Account & Lists ▾    Orders    Try Prime ▾    🛒 Cart   67

**Amazon Fashion**    WOMEN    MEN    GIRLS    BOYS    BABY    LUGGAGE    SALES & DEALS    YOUR FASHION & ♡'S    FREE RETURNS

‹ Back to search results for "queenfurs"











Roll over image to zoom in

QUEENFUR

## Queenfur Women Winter Genuine Knitted Mink Fur Shawl Mink Fur Scarf

4 customer reviews

Price: $128.99
Sale: **$99.99** & FREE Shipping. Details
& FREE Returns
You Save: $29.00 (22%)

Color: Black

**Only 4 left in stock - order soon.**
**Want it tomorrow, May 5?** Order within **8 hrs 47 mins** and
choose **One-Day Shipping** at checkout. Details
Sold by QUEENFUR and Fulfilled by Amazon. Gift-wrap
available.

- 100% Real Natural Knitted Mink Fur
- Dry clean only
- 100% Real Natural Knitted Mink Fur Scarf, no lining with
  Tassels, Length 170CM, Tassels Length 12CM, Width 35CM
- Genuine Knitted Mink Fur Shawl Made In China,
- All Raw Materials from Animal Husbandry, None Wild Animals
- Dry Clean Only
- Factory Direct Sale, No Brand Packing.

Customers who viewed this item also bought

Share

Qty:  1 ▾

☐ Yes, I want **FREE Two-Day
  Shipping** with Amazon Prime

Add to Cart

Turn on 1-Click ordering for this browser

**Ship to:**
OPELIKA, AL 36801

Add to List

FURTALK
$24.99 - $26.99

AmelieDress
$99.00

## Customers who viewed this item also viewed











Fashion Real Mink Fur
Knitted Scarf Womens
Oversize Fur Wrap Shawls
4
$89.99

AmelieDress Knitted
Scarves Real Mink Fur
Scarf Womens' Shawl
Wraps
5
$99.00

Befei Women's Natural
Mink Fur Knitted Cappa
with Fox Fur Collar
30
$89.40 - $135.00

Womens Genuine Mink Fur
Cape White Thick Scarf
Warm Winter Wrap Shawl
$169.00

YR Lover Women's Real
Mink Fur Zipper Cape
Cloak Poncho Shawl With
Hooded
5
$257.00 - $359.00