# Final Details for Order #114-8352296-9222667
Print this page for your records.

**Order Placed:** April 26, 2017
**Amazon.com order number:** 114-8352296-9222667
**Order Total:** $899.90

## Shipped on May 1, 2017

| Items Ordered | Price |
|---|---|
| 5 of: *Fashion Real Mink Fur Knitted Scarf Womens Oversize Fur Wrap Shawls*<br>Sold by: Hhdress (seller profile)<br><br>Condition: New | $89.99 |
| 5 of: *Fashion Real Mink Fur Knitted Scarf Womens Oversize Fur Wrap Shawls*<br>Sold by: Hhdress (seller profile)<br><br>Condition: New | $89.99 |

**Shipping Address:**
Colin Jones
4135 CARMICHAEL RD
MONTGOMERY, AL 36106-3605
United States

**Shipping Speed:**
Standard Shipping

Item(s) Subtotal: $899.90
Shipping & Handling: $0.00
-----
Total before tax: $899.90
Sales Tax: $0.00
-----
**Total for This Shipment: $899.90**

## Payment information

**Payment Method:**
Visa | Last digits: 7304

**Billing address**
Colin Jones
4135 CARMICHAEL RD
MONTGOMERY, AL 36106-3605
United States

**Credit Card transactions**

Item(s) Subtotal: $899.90
Shipping & Handling: $0.00
-----
Total before tax: $899.90
Estimated tax to be collected: $0.00
-----
**Grand Total: $899.90**

Visa ending in 7304: May 2, 2017: $899.90

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2017, Amazon.com, Inc. or its affiliates


PLAINTIFF'S EXHIBIT 22



English     Contact Center     Country Profile

# Track DHL Express Shipments

Here's the fastest way to check the status of your shipment. No need to call Customer Service -- our online results give you real-time, detailed progress as your shipment speeds through the DHL network.

## Result Summary

**Waybill:** 8219370191

**Signed for by:** R DRUMWRIGHT
**Get Signature Proof of Delivery**

Monday, May 08, 2017 at 10:35
**Origin Service Area:**
  SUZHOU & SURROUNDING AREA - SUZHOU - CHINA, PEOPLES REPUBLIC
**Destination Service Area:**
  ATLANTA, GA - MONTGOMERY - USA

1 Piece

| | Monday, May 08, 2017 | Location | Time | Piece |
|---|---|---|---|---|
| 18 | Delivered - Signed for by : R DRUMWRIGHT | MONTGOMERY | 10:35 | 1 Piece |
| 17 | With delivery courier | ATLANTA, GA - USA | 09:51 | 1 Piece |
| 16 | Arrived at Delivery Facility in ATLANTA - USA | ATLANTA, GA - USA | 08:45 | 1 Piece |
| 15 | Departed Facility in ATLANTA - USA | ATLANTA, GA - USA | 06:20 | 1 Piece |
| 14 | Processed at ATLANTA - USA | ATLANTA, GA - USA | 06:17 | 1 Piece |
| 13 | Arrived at Sort Facility ATLANTA - USA | ATLANTA, GA - USA | 00:02 | 1 Piece |
| | **Sunday, May 07, 2017** | **Location** | **Time** | **Piece** |
| 12 | Departed Facility in CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 22:16 | 1 Piece |
| 11 | Processed at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 21:41 | 1 Piece |
| 10 | Clearance processing complete at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 20:47 | 1 Piece |
| 9 | Arrived at Sort Facility CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 20:12 | 1 Piece |
| | **Saturday, May 06, 2017** | **Location** | **Time** | **Piece** |
| 8 | Customs status updated | CINCINNATI HUB, OH - USA | 19:26 | |
| | **Sunday, May 07, 2017** | **Location** | **Time** | **Piece** |
| 7 | Departed Facility in EAST CHINA AREA - CHINA, PEOPLES REPUBLIC | EAST CHINA AREA - CHINA, PEOPLES REPUBLIC | 02:49 | 1 Piece |
| | **Saturday, May 06, 2017** | **Location** | **Time** | **Piece** |
| 6 | Processed at EAST CHINA AREA - CHINA, PEOPLES REPUBLIC | EAST CHINA AREA - CHINA, PEOPLES REPUBLIC | 23:27 | 1 Piece |
| 5 | Arrived at Sort Facility EAST CHINA AREA - CHINA, PEOPLES REPUBLIC | EAST CHINA AREA - CHINA, PEOPLES REPUBLIC | 17:46 | 1 Piece |
| 4 | Clearance processing complete at EAST CHINA AREA - CHINA, PEOPLES REPUBLIC | EAST CHINA AREA - CHINA, PEOPLES REPUBLIC | 15:21 | |
| 3 | Departed Facility in SUZHOU & SURROUNDING AREA - CHINA, PEOPLES REPUBLIC | SUZHOU & SURROUNDING AREA - CHINA, PEOPLES REPUBLIC | 14:48 | 1 Piece |
| 2 | Processed at SUZHOU & SURROUNDING AREA - CHINA, PEOPLES REPUBLIC | SUZHOU & SURROUNDING AREA - CHINA, PEOPLES REPUBLIC | 13:55 | 1 Piece |
| 1 | Shipment picked up | SUZHOU & SURROUNDING AREA - CHINA, PEOPLES REPUBLIC | 13:08 | 1 Piece |

If you would prefer to speak to someone personally about the location of your shipment, please contact DHL Express Customer Service.

**Terms & Conditions**

**Tracking FAQs**

Deutsche Post DHL Group

| Shipper: | | VAT/GST NO: | Proforma Invoice | | | | |
|---|---|---|---|---|---|---|---|
| Suzhou min Huan Mdt InfoTech Ltd 11-8_no.688_yangchenghu_west_RD. Centre Phone:15295610343    Fax: | | | | | | | |
| Receive: | | VAT/GST NO: | Date:27/04/2017 | | | | |
| Colin Jones 4135 CARMICHAEL RD Phone:3343997134    Fax: | | | Invoice Number: Shipment Reference:59013F1B32048 | | | | |
| Bill to Third Party: | | | Comments: Air Waybill Number: | | | | |
| Full Description of Goods | QTY | Commodity Code | Unit Value | Subtotal Value | Unit Net Weight | Gross Weight | Country of Manufacture |
| ???????? | 5 | 6204430010 | 8.00USD | 40 | 0.5 | 0.5 | China |
| ???????? | 5 | 6204430010 | 8.00USD | 40 | 0.5 | 0.5 | China |
| | | Total Declared Value | | 80 USD | Total Net Weight | | 0.5kg |
| | | Total Pieces: | | 10 | Total Gross Weight | | 0 |

Payer of GST/VAT:
Harm.Comm.Code:
Type of Export:        Permanent
Terms of Payment:
Reason For Export:

Currency Code:USD

Terms of Trade:for worth

I/We herhby certify that the information of this invoice is true and correct and that the contents of this shipment are as stated above.

Signatrue:
Position in Company:
Shipping Consultant    Company Stamp: