**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
UNITED STATES OF AMERICA, ex rel. MIKE D.
HENIG, and HENIG FURS, INC.,

                           Plaintiffs-Relators,

           -against-                                    19 **CIVIL** 5673 (ER)

                                                       <u>**JUDGMENT**</u>

AMAZON.COM, INC., and AMAZON.COM
SERVICES, LLC,

                             Defendants.
----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated January 3, 2025, Amazon's motion to dismiss is

GRANTED.

**Dated:** New York, New York

        January 3, 2025

                                         **TAMMI M. HELLWIG**
                              _____
                                        **Clerk of Court**

              **BY:**        K. Mango

                                    _____
                                        **Deputy Clerk**